NUMBER 13-08-00565-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________


IN THE INTEREST OF I.J.S., A CHILD 

____________________________________________________________


On appeal from the 94th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam


 Appellant, Jessica Schulz, perfected an appeal from a judgment entered by the 94th
District Court of Nueces County, Texas, in cause number 06-1380-C. Appellant has filed
a notice of nonsuit stating that she no longer desires to prosecute this appeal and that the
parties have entered into a settlement agreement. This Court interprets the notice of
nonsuit as a request to dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 12th day of February, 2009.